IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JONATHAN W. ARRINGTON,<br><br>　　　　　　　　Defendant. | 8:13CR146<br><br>**ORDER** |

　　　　Before the Court is the issue of the defendant's right to be represented by counsel. On September 5, 2013, the Court granted retained counsel's Motion to Withdraw [52]. The Court directed the defendant to complete and file a Financial Affidavit with the U.S. District Court Clerk's Office for consideration in appointing new counsel to represent the defendant. At the time of the hearing, the defendant was not given a deadline for filing of the Financial Affidavit. The Court finds that the defendant should file his Financial Affidavit with the Clerk's Office on or before September 25, 2013.

　　　　IT IS THEREFORE ORDERED:

　　　　1.　　The defendant shall complete and file his financial affidavit with the Clerk's Office of the United States District Court on or before September 25, 2013.

　　　　2.　　Failure to file a completed financial affidavit may result in the defendant proceeding in this matter Pro Se.

　　　　3.　　The Clerk of the Court shall mail a copy of this Order to the defendant at his last known address.

　　　　Dated this 18th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge