IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>JONATHAN W. ARRINGTON,<br><br>                    Defendant. | **8:13CR146**<br><br>**ORDER** |

Before the Court is the issue of the defendant's right to be represented by counsel. On September 5, 2013, the Court granted retained counsel's Motion to Withdraw [52]. The defendant requested court-appointed counsel. On September 18, 2013, the Court issued an Order [60] directing the defendant to file a Financial Affidavit with the Clerk's Office on or before September 25, 2013 for consideration in appointing new counsel. The defendant failed to provide the Court with a completed Financial Affidavit by the September 25, 2013 deadline.

IT IS THEREFORE ORDERED:

1. The defendant's request for court-appointed counsel is denied.

2. The Clerk of the Court shall mail a copy of this Order to the defendant at his last known address.

Dated this 26th day of September, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge