IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>JONATHAN W. ARRINGTON,<br><br>                Defendant. | **8:13CR146**<br><br>**FINAL ORDER** |

      This matter is before the court on the defendant's motion for a 180-day extension of time in which to file pretrial motions [76]. The government, in its Response to the motion [79] objects to the request for a 180-day extension and proposes an alternative 45-day extension. The government's objection is overruled. Upon review of the file, the court finds that a 91-day extension should be granted.

      IT IS ORDERED that the MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [76] is granted, in part, as follows:

      1.    The government's objection [79] is overruled.

      2.    The deadline for filing pretrial motions is extended to April 21, 2014.

      3.    Defendant is ordered to file a waiver of speedy trial as soon as practicable.

      4.    In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between January 20, 2014 and April 21, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due

2

diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5. This is the **Final** extension of time to file pretrial motions.  No further extensions will be granted.

Dated this 24th day of January, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge