IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN W. ARRINGTON,<br><br>　　　　　　Defendant. | 8:13CR146<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Richard H. McWilliams to withdraw as counsel for the defendant, Jonathan W. Arrington (Filing No. 193). W. Randall Paragas has filed an entry of appearance as retained counsel for Jonathan W. Arrington. Therefore, Richard H. McWilliams's motion to withdraw (Filing No. 193) will be granted.

Richard H. McWilliams shall forthwith provide W. Randall Paragas any discovery materials provided to the defendant by the government and any such other materials obtained by Richard H. McWilliams which are material to Jonathan W. Arrington's defense.

The clerk shall provide a copy of this order to W. Randall Paragas.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge